```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

OZELL C. YOUNG,

                Plaintiff,

    - against -

CAPITAL ONE BANK (USA), N.A., et al.,

                Defendants.

                              21-cv-545 (JGK)

                              <u>ORDER</u>

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties should submit a status report by March 26, 2021.

**SO ORDERED.**

**Dated:**    New York, New York
           February 25, 2021

                                  /s/ John G. Koeltl
                                    John G. Koeltl
                           United States District Judge